Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA A. DODSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>　　　　Defendant. | C09-0974-JCC<br><br>**ORDER** |

　　This matter comes before the Court on the report and recommendation of Magistrate Judge James P. Donohue. (Dkt. No. 24). Having reviewed the relevant record, the Court hereby ADOPTS the report and recommendation.

　　The Court therefore REVERSES the Commissioner's final decision and REMANDS this case to the Social Security Administration for further proceedings consistent with the report and recommendation.

　　The Clerk of the Court shall send copies of this order to the parties and to Magistrate Judge Donohue.

　　　　　　　　　　SO ORDERED this 30th day of April, 2010.

　　　　　　　　　　　　　　　　　　　　_/s/ John C. Coughenour_
　　　　　　　　　　　　　　　　　　　　JOHN C. COUGHENOUR

ORDER, C09-0974-JCC
Page 1